**FILED**

03/31/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0515

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0515

_____

ESTATE OF DARLINE A. BRAGER, through
DOUGLAS BRAGER, Personal Representative
for the Estate of Darline A. Brager,

      Plaintiff and Appellant,

  v.

                                  O R D E R

ANNE M. WEINBERGER, A.P.R.N., an
individual,

      Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Howard F. Recht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 31 2021